IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EVAN FOSTER, § § **Plaintiff,** § § v. § § **REDEMPTION RANCH OUTREACH,** § **INC., D/B/A PADRES PLACE** § **RECOVERY, AND MICHAEL** § **HOUSEHOLDER, INDIVIDUALLY,** § § **Defendants** | Case No. 6:25-cv-522 |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Evan Foster certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Evan Foster
Plaintiff

Welmaker Law, PLLC
505 E. Magrill St.
Longview, Texas 75601

Respectfully submitted,

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
505 E. Magrill St.
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**