AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Evan Foster <br> *Plaintiff(s)* <br> v. <br> Redemption Ranch Outreach, Inc., et al <br> *Defendant(s)* | Civil Action  6:25-cv- 522 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Defendant Michael Householder
2700 AN County Rd. 453,
Palestine, Texas 75803

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Douglas B. Welmaker
        Welmaker Law PLLC
        505 E. Magrill
        Longview, Texas 75601

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **12/29/2025**

CLERK OF COURT

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-522

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

' I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Evan Foster <br> *Plaintiff(s)* <br> v. <br> Redemption Ranch Outreach, Inc., et al <br> *Defendant(s)* | Civil Action  6:25-cv-522 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Defendant Redemption Ranch Outreach, Inc. C/O its agent for service of process:
Rocket Lawyer Corporate Services, LLC
14001 W State Hwy 29, Suite 102
Liberty Hill, Texas 78642

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas B. Welmaker
Welmaker Law PLLC
505 E. Magrill
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 12/29/2025

*CLERK OF COURT*

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-522

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

  ❒ I personally served the summons on the individual at *(place)* _____
  _____ on *(date)* _____ ; or

  ❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

  ❒ I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  on *(date)* _____ ; or

  ❒ I returned the summons unexecuted because _____ ; or

  ❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset