AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Evan Foster <br> *Plaintiff(s)* <br> v. <br> Redemption Ranch Outreach, Inc., et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action   6:25-cv-522 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Defendant Redemption Ranch Outreach, Inc. C/O its agent for service of process:
Rocket Lawyer Corporate Services, LLC
14001 W State Hwy 29, Suite 102
Liberty Hill, Texas 78642

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Douglas B. Welmaker
      Welmaker Law PLLC
      505 E. Magrill
      Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **12/29/2025**

CLERK OF COURT

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

**Proof of Service Attached**

UNITED STATES DISTRICT COURT
for the Eastern District of Texas

| | | |
|---|---|---|
| Evan Foster, | Plaintiff § | |
| vs. | § | Civil Action No. 6:25-cv-522 |
| Redemption Ranch Outreach, Inc., et al, | § | |
| | Defendants § | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am not a party to or interested in the outcome of the above styled and numbered suit. I am at least 18 years old and my address is 516 West Annie, Austin, Texas 78704, United States of America. Pursuant to Texas Government Code, Section 156.001.(2), I am a process server certified by the Judicial Branch Certification Commission under Order of the Texas Supreme Court to serve process; certification no. PSC1660, exp. 11/30/2027.

Came to hand on December 29, 2025, at 12:32 p.m., Summons in a Civil Action and Plaintiff's Original Complaint for service on <u>Defendant Redemption Ranch Outreach, Inc.</u>

<u>Executed on January 6, 2026, at 11:16 a.m</u>. by delivering to Defendant's Registered Agent, Rocket Lawyer Corporate Services, LLC, by delivering in person to Tyrone Tyson, employee/agent designated to receive process for the Registered Agent, at 14001 W. State Hwy. 29, Suite 102, Liberty Hill, Texas 78642.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name:  <u>Tod E. Pendergrass</u>

Signature of non-party adult
DRLS, 516 W. Annie Street, Austin, TX 78704

Service Fee $ <u>116.00</u>

VERIFICATION: STATE OF TEXAS, COUNTY OF TRAVIS          Re: Welmaker/7144

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on January 8, 2026.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

Notary Public Signature in and for
the State of TEXAS

(This Proof of Service Affidavit is made pursuant to FRCP 4(l)(1))