UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:25-cv-522

Name of party requesting extension: Redemption Ranch Outreach, Inc., et al.

Is this the first application for extension of time in this case?  ☐ Yes  ☒ No

If no, please indicate which application this represents:  ☒ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 01.06.26

Number of days requested:  ☐ 30 days  ☒ 15 days  ☐ Other ____ days

New Deadline Date: 03.13.26     *(Required)*

---

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jason D. Mazingo
State Bar No.: 24055925
Firm Name: The Mazingo Firm, P.C.
Address: 118 West Houston Street
         Tyler, Texas 75702

Phone: 903.630.7123
Fax:   903.218.7849
Email: Jason@MazingoFirm.com

A certificate of conference does not need to be filed with this unopposed application.