**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EVAN FOSTER, § | |
| § | |
| Plaintiff, § | |
| v. § | Case No. 6:25-cv-522-JDK |
| § | |
| MICHAEL HOUSEHOLDER, et al., § | |
| § | |
| Defendants. § | |

**ORDER REFERRING CASE**

Pursuant to 28 U.S.C. § 636(b), the Court hereby **REFERS** this matter to U.S. Magistrate Judge K. Nicole Mitchell for all purposes allowed by law. This referral shall remain in effect until further order of this Court.

So **ORDERED** and **SIGNED** this **16th** day of **March, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE