**EVAN FOSTER — ESTIMATED DAMAGES**

*Unpaid Minimum Wage + Unpaid Overtime at $7.25 × 1.5*

| Start Date | End Date | Weeks | Wkday Hrs/Day (Sun-Thu) | Wkend Hrs/Day (Fri-Sat) | Total Hrs/Wk | OT Hrs/Wk (Hrs > 40) | Monthly Pay | Pay Per Week | Eff. Hourly Rate | MW Shortfall Per Week | OT Owed Per Week | Total Damages for Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period 1: Sun–Thu 6:00 AM – 10:30 PM  \|  Fri–Sat 7:00 AM – Midnight | | | | | | | | | | | | |
| 09/08/2024 | 02/28/2025 | 24.71 | 16.50 | 17.00 | 116.50 | 76.50 | $1,200.00 | $277.14 | $2.38 | $194.85 | $831.94 | $25,376.22 |
| Period 2: Sun–Thu 7:30 AM – 10:30 PM  \|  Fri–Sat 7:30 AM – Midnight | | | | | | | | | | | | |
| 03/01/2025 | 08/09/2025 | 23.00 | 15.00 | 16.50 | 108.00 | 68.00 | $1,200.00 | $277.14 | $2.57 | $187.36 | $739.50 | $21,317.71 |
| Period 3: Sun–Thu 6:00 AM – 10:30 PM  \|  Fri–Sat 7:00 AM – Midnight | | | | | | | | | | | | |
| 08/10/2025 | 11/04/2025 | 12.29 | 16.50 | 17.00 | 116.50 | 76.50 | $1,200.00 | $277.14 | $2.38 | $194.85 | $831.94 | $12,614.77 |

|  |  |
|---|---|
| Unpaid Wages (MW + OT) | $59,308.70 |
| Liquidated Damages (equal amount) | $59,308.70 |
| **TOTAL DAMAGES** | **$118,617.39** |

**METHODOLOGY**

1. Monthly pay of $1,200 ÷ 4.33 = weekly pay. Effective hourly rate = weekly pay ÷ total hours worked per week.

2. MW Shortfall: Effective hourly rate falls below $7.25. Shortfall = ($7.25 − eff. rate) × 40 straight-time hours per week.

3. OT Owed: Zero overtime was paid. Full statutory OT rate of $7.25 × 1.5 = $10.875 per OT hour.

4. Total weekly hours = (weekday hrs/day × 5) + (weekend hrs/day × 2).

5. Liquidated damages equal to unpaid wages under 29 U.S.C. § 216(b).

EXHIBIT A