**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **EVAN FOSTER,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| **REDEMPTION RANCH OUTREACH,** | § | **Civil Action No. 6:25-cv-00522-JDK** |
| **INC., D/B/A PADRES PLACE** | § | |
| **RECOVERY, AND MICHAEL** | § | |
| **HOUSEHOLDER, INDIVIDUALLY,** | § | |
| *Defendants.* | § | |
| | § | |

**AGREED MOTION TO REFER CASE TO THE UNITED STATES**
**MAGISTRATE JUDGE FOR MEDIATION**

Plaintiff Evan Foster ("Plaintiff") and Defendants Redemption Ranch Outreach, Inc. d/b/a Padres Place Recovery and Michael Householder ("Defendants") (collectively, the "Parties") file this Agreed Motion to Refer Case to the United States Magistrate Judge for Mediation, and respectfully show the Court as follows:

1.      This is a civil action brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.

2.      On March 16, 2026, the Court entered its Scheduling Order (Dkt. 11), which, among other things, directed the Parties to confer regarding settlement and to participate in an in-person settlement conference.

3.      The Parties have complied with those provisions of the Scheduling Order. They have completed the meet-and-confer process and have participated in the in-person settlement conference directed by the Court on May 13, 2026.

4.      While the Parties' efforts to date have not resulted in a complete resolution of this matter, the Parties have conferred and jointly agree that their settlement discussions would benefit from the continued assistance of a neutral judicial officer. The Parties therefore jointly request that

1

the Court refer this case to the United States Magistrate Judge to serve as mediator and to conduct a mediation at a date and time set by the Magistrate Judge.

5.     This Court's Local Rules authorize and encourage the use of alternative dispute resolution. Local Rule CV-83(e) provides that, consistent with 28 U.S.C. § 651, the use of alternative dispute resolution processes in all civil actions is authorized, and that litigants "shall consider the use of an alternative dispute resolution process at an appropriate stage in the litigation." The Parties have considered the available alternative dispute resolution options and agree that mediation before the Magistrate Judge is the most appropriate and efficient next step in this case.

6.     This Motion is agreed. It is not brought for the purpose of delay, and no party will be prejudiced by the relief requested. To the contrary, referral to the Magistrate Judge for mediation will conserve the resources of the Parties and the Court and may facilitate an earlier resolution of this action.

7.     A proposed order granting the relief requested is submitted with this Motion.

**WHEREFORE**, the Parties respectfully request that the Court grant this Agreed Motion and enter an order referring this case to such United States Magistrate Judge as the Court may designate, to serve as mediator and to conduct a mediation at a date and time set by the Magistrate Judge; directing the Parties, through their counsel and through representatives with full settlement authority, to participate in the mediation; and granting the Parties such other and further relief to which they may be justly entitled.

Dated: May 15, 2026

Respectfully submitted,

**THE MAZINGO FIRM, P.C.**

By:  /s/ *Jason D. Mazingo*
    Jason D. Mazingo
    State Bar No. 24055925
    118 West Houston Street
    Tyler, Texas 75702
    Phone: (903) 630-7123
    Fax: (903) 218-7849
    Jason@MazingoFirm.com

**ATTORNEYS FOR DEFENDANTS**

**THE WELMAKER LAW FIRM, PLLC**

By: /s/ *Douglas B. Welmaker*
    Douglas B. Welmaker
    State Bar No. 00788641
    409 N. Fredonia, Suite 118
    Longview, Texas 75601
    Phone: (512) 799-2048
    doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned counsel for Defendants has conferred with counsel for Plaintiff regarding the relief requested in this Motion. This Motion is jointly filed by the Parties and is agreed.

/s/ Jason D. Mazingo
Jason D. Mazingo

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of May, 2026, a true and correct copy of the foregoing Agreed Motion to Refer Case to the United States Magistrate Judge for Mediation was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jason D. Mazingo
Jason D. Mazingo

4