**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

|  |  |  |
|---|---|---|
| **EVAN FOSTER,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **REDEMPTION RANCH OUTREACH,** | § | **Civil Action No. 6:25-cv-00522-JDK** |
| **INC., D/B/A PADRES PLACE** | § | |
| **RECOVERY, AND MICHAEL** | § | |
| **HOUSEHOLDER, INDIVIDUALLY,** | § | |
| *Defendants.* | § | |
| | § | |

**ORDER**

Before the Court is the Parties' Agreed Motion to Refer Case to the United States Magistrate Judge for Mediation. Having considered the Motion, and noting that it is agreed, the Court finds that the Motion should be, and hereby is, GRANTED.

**IT IS THEREFORE ORDERED** that this case is referred to the _____, United States Magistrate Judge, to serve as mediator and to conduct a mediation in this matter.

**IT IS FURTHER ORDERED** that the mediation shall be held at a date, time, and location set by the Magistrate Judge, and that the Parties shall appear through their counsel and through representatives with full authority to settle this matter.

1