**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **EVAN FOSTER** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:25-cv-00522-JDK-KNM** |
| | § | |
| **MICHAEL HOUSEHOLDER, *et al.*** | § | |
| | § | |

**ORDER**

Plaintiff initiated this lawsuit seeking relief for unpaid overtime and minimum wages pursuant to the FLSA. The Court entered an Order directing Plaintiff to answer Interrogatories, Defendant to file a Verified Summary, and the parties to meet and confer in person, within 30 days of the filing of the Verified Summary, in a good faith effort to settle all pending issues. ECF 11. Thirty days after the filing of the Verified Summary, the parties filed an agreed motion seeking the appointment of a United States Magistrate Judge as mediator. ECF 14. The Court granted the motion and appointed United States Magistrate Judge John D. Love as mediator. ECF 15. Mediation was scheduled for June 30, 2026, and rescheduled for July 23, 2026, before it was canceled. Mediation has not been rescheduled, and the parties have not updated the Court concerning the status of mediation. It is therefore

**ORDERED** that the parties shall file a joint notice **within ten business days** stating the status of their settlement efforts. If the parties are at an impasse, the Court will put the case on a standard trial schedule.

So ORDERED and SIGNED this 20th day of November, 2026.

K. Nicole Mitchell

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE